# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**CYNTHIA DAVIS,**

    **Plaintiff,**

v.                                                                    No. 2:16-cv-02970-JTF-dkv

**CONN APPLIANCES, INC.,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order entered by this Court on February 16, 2017.   (ECF No. 8).

# APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                        THOMAS M. GOULD
United States District Judge                                    CLERK

  February 16, 2017                                                s/Jerrick D. Murrell
      DATE                                                              (By) LAW CLERK